```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 04 B 31694
   SUSAN J ZAFIRAKOPOULOS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-1045

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/25/2004 and was confirmed 03/02/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was granted discharge pursuant to 11 usc 1328 02/04/2009.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
CREATIVE CONTRACTOR       CURRENT MORTG           .00           .00             .00
HSBC MORTGAGE CORP        CURRENT MORTG           .00           .00             .00
HSBC MORTGAGE CORP        MORTGAGE ARRE      21265.87           .00        21265.87
NORTH SHORE HOLDINGS      CURRENT MORTG           .00           .00             .00
NORTH SHORE HOLDINGS      MORTGAGE ARRE      12101.03           .00        12101.03
HONEYWELL INC             UNSECURED           6983.22           .00          829.53
HSBC MORTGAGE CORP        COST OF COLLE           .00           .00             .00
HONEYWELL INC             UNSECURED               .00           .00             .00
FISHER & SHAPIRO          NOTICE ONLY    NOT FILED              .00             .00
NORTH SHORE HOLDINGS      MORTGAGE NOTI  NOT FILED              .00             .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY        1,894.00                       1,894.00
TOM VAUGHN                TRUSTEE                                           2,344.57
DEBTOR REFUND             REFUND                                                .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              38,435.00

PRIORITY                                         .00
SECURED                                    33,366.90
UNSECURED                                     829.53
ADMINISTRATIVE                              1,894.00
TRUSTEE COMPENSATION                        2,344.57
DEBTOR REFUND                                    .00
                    ---------------      ---------------
TOTALS               38,435.00             38,435.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 04 B 31694 SUSAN J ZAFIRAKOPOULOS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 03/26/09                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```

```
                    PAGE   2
      CASE NO. 04 B 31694 SUSAN J ZAFIRAKOPOULOS
```